US00D592463S

# (12) United States Design Patent
Ehrenhaus et al.

(10) Patent No.: **US D592,463 S**
(45) Date of Patent: ** May 19, 2009

(54) **GARLIC CONTAINER**

(75) Inventors: **Rich Ehrenhaus**, New York, NY (US); **Colin F. Gentle**, Brooklyn, NY (US)

(73) Assignee: **Hutzler Manufacturing Co., Inc.**, Canaan, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/283,424**

(22) Filed: **Aug. 14, 2007**

(51) **LOC (9) Cl.** ................................................. **07-01**
(52) **U.S. Cl.** ........................................ **D7/613**; D7/628
(58) **Field of Classification Search** .......... D7/612–615, D7/628, 602, 606; D9/643, 644, 428, 429; 206/457; 220/780–806, 4.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D196,985 S | * | 11/1963 | Schnering et al. | ............ | D9/644 |
| D267,396 S | * | 12/1982 | McDuffee et al. | ............ | D9/429 |
| 4,795,033 A | * | 1/1989 | Duffy | ............ | 206/457 |
| D319,009 S | * | 8/1991 | Astrab, Jr. | ............ | D9/644 |
| D349,643 S | * | 8/1994 | Szymanski | ............ | D9/644 |
| D409,052 S | * | 5/1999 | Terranova | ............ | D7/615 |
| D436,855 S | * | 1/2001 | Papiernik | ............ | D9/428 |
| D519,376 S | * | 4/2006 | Ames | ............ | D7/615 |
| D538,114 S | * | 3/2007 | Kolano | ............ | D7/628 |

* cited by examiner

Primary Examiner—Terry A Wallace
(74) Attorney, Agent, or Firm—Michael J. Striker

(57) **CLAIM**

The ornamental design for a garlic container, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a garlic container showing our new design;

FIG. **2** is a top view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a right side view thereof;

FIG. **6** is a left side view thereof;

FIG. **7** is a bottom view thereof; and,

FIG. **8** is an interior surface of the bottom portion in an open position.

**1 Claim, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8