

**Hutzler U.S. Patent No. D538,114**



**Bradshaw Onion Keeper**