

**Hutzler U.S. Patent No. D592,463**



**Bradshaw Garlic Keeper**