UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                          :

HUTZLER MANUFACTURING COMPANY, INC.  :

                             Plaintiff,        :     **NOTICE OF MOTION**
                                                                       **FOR A PRELIMINARY**
                                                                       **INJUNCTION**

                  -against-             :

                                            :     11 Civ. 7211 (PGG) (RLE)

BRADSHAW INTERNATIONAL, INC.,         :

                              Defendant.     :

------------------------------------------------------------------------ X

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion for a Preliminary Injunction, the accompanying Declaration of Lawrence R. Hutzler, sworn to October 19, 2011, and the exhibits thereto, and the accompanying affidavit of Turner P. Smith, sworn to October 20, 2011, and the exhibit thereto, plaintiff Hutzler Manufacturing Company, Inc. ("Hutzler"), through its attorneys, will move this Court, before the Honorable Paul G. Gardephe, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order under Fed. R. Civ. P. 65 and 35 U.S.C. § 283 preliminarily enjoining defendant Bradshaw International, Inc. from: (1) infringing, or inducing infringement, of Hutzler's patents, and (2) unfairly competing with Hutzler's line of produce containers, specifically, from directly or indirectly making, using, selling or offering for sale any products embodying the inventions of the patents during their terms or the Food Saver Line, or without the express written authority of Hutzler.

10343499

In accordance with the agreement of the parties, opposition papers, if any, shall be served by November 7, 2012, and reply papers, if any, shall be served by November 16, 2012.

New York, New York
Dated: October 20, 2011

                    CURTIS, MALLET-PREVOST,
                        COLT & MOSLE LLP


                  By:   */s/Turner P. Smith*
                        Turner P. Smith (TS 8052)
                        Michael R. Graif (MG 4795)
                  101 Park Avenue
                New York, New York  10178
                (212) 696-6000

                *Attorneys for Plaintiff*