# Exhibit 1

US00D538114S

(12) **United States Design Patent**     (10) Patent No.:    **US D538,114 S**
Kolano                                     (45) Date of Patent:   ** **Mar. 13, 2007**

(54) **ONION CONTAINER**

(75) Inventor: **William Kolano**, Pittsburgh, PA (US)

(73) Assignee: **Hutzler Manfacturing Co., Inc.**, Canaan, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/259,206**

(22) Filed: **May 4, 2006**

(51) **LOC (8) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ....................................... **D7/628**; D9/644
(58) **Field of Classification Search** ................. D7/628, D7/612–615, 602, 629; D9/643, 644; 206/457; 220/780–806, 4.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D196,985 S  * 11/1963 Schnering et al. ........... D9/644
D319,009 S  *  8/1991 Astrab, Jr. ................... D9/644
D349,643 S  *  8/1994 Szymanski ................... D9/644
D436,855 S  *  1/2001 Papiernik ..................... D9/428

* cited by examiner

Primary Examiner—Terry A. Wallace
(74) Attorney, Agent, or Firm—Michael j. Striker

(57) **CLAIM**

The ornamental design for an onion container, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of an onion container showing my new design;
FIG. **2** is a side view thereof, which is also a mirror image of the opposite side view thereof; and,
FIG. **3** is a bottom view thereof.

**1 Claim, 1 Drawing Sheet**





FIG. 1

FIG. 2

FIG. 3