# Exhibit 3



**Bradshaw Onion Keeper**



**Hutzler U.S. Patent No. D538,114**