# Exhibit 4



**Bradshaw Garlic Keeper**



**Hutzler U.S. Patent No. D592,463**