# Exhibit A



Garlic Keeper Danesco



MSC International Garlic Keeper



AVON



Nordic ware