# Exhibit A





Wentworth





Hutzler version 2 of garlic and onion