# Exhibit A²



Hutzler version 2 of garlic and onion