# Exhibit A[3]



Hutzler version 2 of garlic onion