# Exhibit A [4]



Fox run



Fox Run Onion





Swift