# Exhibit A







Italy Maker