UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUTZLER MANUFACTURING COMPANY, INC. )
)
                                    Plaintiff, )
)
v.                                              )
)   1:11-cv-07211-PGG
BRADSHAW INTERNATIONAL, INC. )
)
                                  Defendant. )
)
)

## DECLARATION OF ROBERT J. KENNEY

ROBERT J. KENNEY, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over the age of eighteen years and I have personal knowledge of the facts stated below.

2. I am an attorney admitted to practice before the courts of the Commonwealth of Virginia and I am an attorney for the Defendant, Bradshaw International, Inc. ("Bradshaw") in the captioned action. I respectfully submit this Declaration in further support of Bradshaw's Opposition to Plaintiff's Motion for Preliminary Injunction. ("Bradshaw's Opposition").

3. My purpose in submitting this Declaration is to place before this Court various relevant documents and information contained in those documents.

4. Attached as Exhibit A is a page of drawings from the Lee v. Dayton-Hudson design patent infringement action referenced in Bradshaw's Opposition.

5. Attached as Exhibit B is a drawing page from the Elmer design patent infringement action referenced in Bradshaw's Opposition.

Civil Action No. 1:11-cv-07211(PGG)

6. Attached as Exhibit C is a drawing page showing Figure 1 from Plaintiff's Design patent No. D538,114, ("Plaintiff's '114 Patent") alongside a photo of Bradshaw's accused onion saver product.

7. Attached as Exhibit D is a drawing page showing Figure 2 from "Plaintiff's '114 Patent" alongside a photo of Bradshaw's accused onion saver product.

8. Attached as Exhibit E is a drawing page showing Figure 3 from "Plaintiff's '114 Patent" alongside a photo of Bradshaw's accused onion saver product.

9. Attached as Exhibit F is a drawing page showing Figure 2 from Plaintiff's Design patent No. D592,463, ("Plaintiff's '463 Patent") alongside a photo of Bradshaw's accused garlic saver product.

10. Attached as Exhibit G is a drawing page showing Figures 3-6 from Plaintiff's '463 Patent along with a photo of Bradshaw's accused garlic saver product.

11. Attached as Exhibit H is a drawing page showing Figure 1 from Plaintiff's '463 Patent alongside a photo of Bradshaw's garlic saver product.

12. Attached as Exhibit I is a drawing page showing Figure 7 from Plaintiff's '463 Patent alongside a photo of Bradshaw's garlic saver product.

13. Attached as Exhibit J is a drawing page showing Figure 8 from Plaintiff's '463 Patent alongside a photo of Bradshaw's garlic saver product.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 7, 2011          By: _____
                                     Robert J. Kenney