# Exhibit A

Lee v. Dayton-Hudson Corp.



← Patented design of Lee et al.

Des. 259,142
May 5, 1981



Non-infringing design of Dayton-Hudson (Model 1050) →

← Non-infringing design of Dayton-Hudson (Model 50)

Prior Art Cited



Portions of this page © 1996 by Perry J. Saidman,
"Design Patentees: Don't Get Unglued by Elmer"

EXHIBIT A