# Exhibit B

Case 1:11-cv-07211-PGG   Document 12-2   Filed 11/07/11   Page 1 of 2

  

EXHIBIT B