# Exhibit C



EXHIBIT C