# Exhibit D




FIG. 2

EXHIBIT D