# Exhibit E



FIG. 3



EXHIBIT E