# Exhibit F



FIG.2

EXHIBIT F