# Exhibit G



FIG.3

FIG.4    FIG.5

FIG.6

EXHIBIT G