# Exhibit I



FIG.7



EXHIBIT I