# Exhibit J



FIG.8

