# Exhibit A

# Garlic Containers

 

**Tiny Kitchen**  **Williams-Sonoma**

# Garlic Containers



**Accents of Salado**



**Fresh Valley**

# Onion Containers



**Fresh Valley**



**Williams-Sonoma**

3

# Onion Containers



**Mas de Provence**

4