# Exhibit B

**From:** Jason Schmidt <jschmidt@haroldimport.com>
**Organization:** Harold Import Company
**Reply-To:** <jschmidt@haroldimport.com>
**Date:** Wed, 5 Oct 2011 15:10:28 -0600
**To:** Monique Haas <mhaas@hutzlerco.com>
**Cc:** <rlaub@haroldimport.com>, Jason Schmidt <jschmidt@haroldskitchen.com>
**Subject:** RE: Hutzler Food Savers & Kitchen Collection

Monique,

It is nice to hear from you.  Unfortunately Kitchen Collection switched from the Hutzler Savers to the Bradshaw Savers around May 2011.   It was because of a much lower price quote.

Here is the data. This will show 12 month unit sales ending May reflecting eaches – not displays.

2020 UNITS – full 12 months

7059PFONION SAVER 616585636864
7060PFTOMATO SAVER 618285115750
7061PFGARLIC SAVER 618286961
7064PFPEPPER SAVER 618288512098


2011 UNITS – only thru May

7059PFONION SAVER 61658564157
7060PFTOMATO SAVER 61828511383
7061PFGARLIC SAVER 618286924
7064PFPEPPER SAVER 61828852187


Sorry for the bad news.


Best Regards,

Jason Schmidt


**Corporate Office:**
747 Vassar Avenue Lakewood, NJ 08701
Toll Free: 800-526-2163  Fax: 732-364-3253

E-mail:  jschmidt@haroldimport.com <mailto:pplancher@haroldimport.com>
Web: www.HaroldImport.com <http://www.HaroldImport.com>

**Denver Office:**
1550 Platte St. Apt. 425
Denver, CO 80202
Phone: 720-524-4639  Fax: 720-524-4639
Cell: 732-496-5963


**From:** Monique Haas [mailto:mhaas@hutzlerco.com]
**Sent:** Tuesday, October 04, 2011 7:48 AM
**To:** jschmidt@haroldimport.com
**Cc:** rlaub@haroldimport.com
**Subject:** Hutzler Food Savers & Kitchen Collection

Hi Jason,

Hope all is well with you!

I am not sure if you are still handling Kitchen Collection. If so, I am hoping you can help me
regarding the Food Savers.
We noticed that they are now carrying Bradshaw's savers in their stores. In fact, we saw 6 of
Bradshaw's displays and only 1 from Hutzler.
What is the current status? Are they trying both out or are they switching to Bradshaw?

Would it be possible for you to share with us the volume of sales of Food Savers with Kitchen
Collection in 2010 compared to the volume of sales in 2011? This information would be greatly
appreciated.

Kind regards,
Monique


Monique Haas
Marketing Director
Hutzler Manufacturing Co., Inc.
phone: 860-824-5117 x241
fax: 860-824-5116
mhaas@hutzlerco.com

Hi Lawrence,

I know the Strack orders came back less than normal but I need to confirm that hopefully you will honor them at these prices. Unfortunately they are no longer going to buy the food savers as they are getting Bradshaws through Value at .30-.40 cheaper than yours and come assorted compared to yours being packed solid of a flavor. He can also get the attached two items cheaper through value if you are forcing him to buy the minimums you have implemented. I would be willing to work on less commission but he has stated to me that if you cant honor the attached prices on the quantities needed, he will be forced to buy through his warehouse which will not be good for either of us. My only hope is that you can agree to the attached and you come out with some new items in 2012 that will peak his interest and as a result will get the business back to where it was. Let me know so I can react accordingly, thanks Lawrence!


Danny Lipskin
President SMR
516-872-8840 x 107
516-872-0231 Fax

**From:** Haskins, Nicelle J
**Sent:** Tuesday, August 02, 2011 10:20 AM   **To:** Villiott, Brian W
**Cc:** Graham, David W   **Subject:** FW: Hello Nicelle from Glenn @Hutzler

Do either of you want to see Glenn w/ Hutzler Mfg for the gadget review?
He supplied our veggie savers on a promotional basis prior to Bradshaw supplying them for our basic Gadget POG.
He's been trying to get back in since then!
Let me know.

Thank you,
Nicelle Haskins
Food Prep Assistant Buyer
503.797.5929
Nicelle.Haskins@fredmeyer.com