# Exhibit C

**Subject:** RE: Hutzler Produce Savers
**Date:** Fri, 18 Mar 2011 11:22:21 -0600
**From:** Dennis R. Griffiths <DRGriffiths@afstores.com>
**To:** Glenn Ehrenhaus <glenn@hutzlerco.com>

Yes. Please do that.
Thanks.

-----Original Message-----
From: Glenn Ehrenhaus [mailto:glenn@hutzlerco.com]
Sent: Friday, March 18, 2011 9:38 AM
To: Dennis R. Griffiths
Subject: Hutzler Produce Savers

Dennis,
Thank you for stopping at the Hutzler Booth at the Chicago Housewares Show.

I've been trying to reach you by phone for the last few days but have not been successful at reaching you.

You indicated that if we lowered your price on the produce savers by 15 cents, you would keep Hutzler as your source of produce saver business and not go with a competing brand.
We are meeting this request.
Your business is very important to us and we do not want to lose it.

Should I complete a promotional presentation form as well as a display set up form?  I have asked Cherin to send me both.

Kind regards,
Glenn Ehrenhaus
Hutzler Mfg Company
Mobile:  516-972-0335