# Exhibit D1

