# Exhibit D2

