# Exhibit D3

