# Exhibit D4

