# Exhibit D5

