# Exhibit D6

