# Exhibit D7

