```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUTZLER MANUFACTURING
COMPANY, INC.,

              Plaintiff,

- against -

BRADSHAW INTERNTIONAL, INC.,

              Defendant.

**ORDER**

11 Civ. 7211 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that a hearing on Plaintiff's motion for a preliminary injunction will be held on **December 21, 2011 at 9:30 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

       The parties are directed to submit to the Court representative samples of the patented products and alleged infringing products.

Dated: New York, New York
       November 22, 2011

                                   SO ORDERED.

                                   _____
                                   Paul G. Gardephe
                                   United States District Judge