UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUTZLER MANUFACTURING
COMPANY, INC.,

                Plaintiff,

    - against -

BRADSHAW INTERNTIONAL, INC.,

               Defendant.

**ORDER**

11 Civ. 7211 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the hearing on Plaintiff's motion for a preliminary injunction currently scheduled for December 21, 2011 is adjourned to **January 19, 2012 at 2:30 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       December 20, 2011

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11