Tod S. Chasin
BUCHANAN INGERSOLL & ROONEY PC
700 Alexander Park, Suite 300
Princeton, NJ 08540
Phone: (609) 987-6802
Fax: (609) 520-0360

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUTZLER MANUFACTURING COMPANY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADSHAW INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) <br> ) <br> ) | 1:11-cv-07211-PGG |

### NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM OPINION AND ORDER GRANTING HUTZLER MANUFACTURING CO., INC.'S MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that pursuant to Local Rules 6.1 and 6.3, upon the accompanying Memorandum of Law in Support of the Motion for Reconsideration, and the exhibits thereto, Defendant Bradshaw International, Inc. ("Bradshaw"), through its attorneys, will move this Court, before the Honorable Paul G. Gardephe, for reconsideration of the Court's Memorandum Opinion and Order of July 25, 2012, granting Hutzler Manufacturing Co., Inc.'s ("Hutzler") Motion for a preliminary injunction. [D.I. 24.] A memorandum in support of Bradshaw's motion for reconsideration of court is submitted herewith.

Dated: August 8, 2012

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

/s/Tod S. Chasin
Tod S. Chasin, Esq.
BUCHANAN INGERSOLL & ROONEY PC
700 Alexander Park, Suite 300
Princeton, NJ 08540
Phone: (609) 987-6802
Fax: (609) 520-0360
*tod.chasin@bipc.com*

OF COUNSEL:
Robert J. Kenney
Michael B. Marion
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100E
Falls Church, VA 22042
Phone: (703) 205-8000
Fax: (703) 205-8050
mailroom@bskb.com; *RJK@bskb.com*

**ATTORNEYS FOR DEFENDANT BRADSHAW INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing upon counsel for the plaintiff as follows:

Michael Robert Graif
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
mrgraif@curtis.com

Turner Pearce Smith
Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
tsmith@cm-p.com

/s/Tod S. Chasin
Tod S. Chasin, Esq.